Randall D. BUCKLEY, an individual man, Plaintiff–Appellant,

v.

COUNTRYWIDE HOME LOANS INC., a New York corporation and Countrywide Financial Corporation, a Delaware corporation, Defendants–Appellees.

No. 10–56180.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 9, 2012.

Filed Jan. 20, 2012.

Steve Berman, Ari Y. Brown, Hagens, Berman, Sobol, Shapiro, LLP, Seattle, WA, for Plaintiff–Appellant.

Brooks Russell Brown, Goodwin Procter LLP, Los Angeles, CA, Tim J. Filer, Foster Pepper, PLLC, Seattle, WA, Thomas Hefferon, Goodwin Procter, LLP, Washington, DC, for Defendants–Appellees.

Before: REINHARDT and W. FLETCHER, Circuit Judges, and BREYER *, District Judge.**

* The Honorable Charles R. Breyer, U.S. District Judge for the Northern District of California, sitting by designation.
** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ORDER

On the assumption that changes to the initial written disclosures were routinely made orally, we affirm without prejudice the district court's decision denying class certification. The District Court may, however, wish to conduct further proceedings regarding the actual practice of Countrywide, including whether logs were kept of calls relating to such changes, and may permit plaintiff to conduct further discovery toward that end.

**AFFIRMED.**